■ In the Matter of FRANK J. RYAN, a Disbarred Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner.—Motion by respondent for (1) reargument of the proceeding which resulted in the order of this

court dated October 15, 1985 [110 AD2d 249] which resulted in his disbarment, or in the alternative, (2) for leave to appeal to the Court of Appeals from said order of October 15, 1985.

Motion denied. Mollen, P. J., Mangano, Thompson, Bracken and Lawrence, JJ., concur.